IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN Re: ) KAY WOODS
) U.S. BANKRUPTCY JUDGE
STARRY JOHNSON-THOMAS )
)
        Debtor ) CH 13 Case No. 07-42495
)
) TRANSMITTAL OF UNCLAIMED FUNDS

TO THE CLERK - U.S. BANKRUPTCY COURT:

1. Ninety days have passed since Final Distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The name of the person to whom such unnegotiated check was issued, the amount of such check and its last known address is:

        STARRY JOHNSON-THOMAS
        133 E. JUDSON
        YOUNGSTOWN, OH 44507

                                $5.02

               TOTAL:        $5.02

2. A check in the amount of $23.00, payable to the Clerk of the United States Bankruptcy Court is attached to this report and list and includes remittance of the above funds.

3. Nothing further remains to be done in this case.

DATED this 12th day of July, 2010.

                          /s/ Michael A. Gallo
                          MICHAEL A. GALLO, TRUSTEE
                          20 Federal Plaza West
                          Suite #602
                          Youngstown, OH 44503
                          (330) 743-1246

MICHAEL A. GALLO, STANDING CHAPTER 13 TRUSTEE, YOUNGSTOWN, OHIO

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN Re: ) KAY WOODS
) U.S. BANKRUPTCY JUDGE
STARRY JOHNSON-THOMAS )
)
Debtor ) CH 13 Case No. 07-42495
)
)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing TRANSMITTAL OF UNCLAIMED FUNDS was sent this 12th day of July, 2010, by electronic transmission to:

Office of the U.S. Trustee
Howard M. Metzenbaum
U.S. Courthouse
201 Superior Ave. E
Suite #441
Cleveland, OH 44114-1240

MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503

By: _Jennifer Buchmann_
Jennifer Buchmann - Assistant

CREDITOR: 523237
VOUCHER FOR CHECK: 802467
DATED: 2010/06/25

CLERK OF THE U.S. BANKRUPTCY COURT
FEDERAL BUILDING & COURT HOUSE
10 E COMMERCE STREET
YOUNGSTOWN, OH 44503

| NAME OF CREDITOR | CASE | CLMS | CLS | REF | DEBTORS NAME | ACCOUNT NUMBER | AMOUNT IN THE CHECK PRINCIPAL | AMOUNT IN THE CHECK INTEREST | PAID TO DATE | NEW BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| CLERK OF THE U.S. BANKRUPTCY C | 0640949 | 926 | 6 | 43 | LYKENS SR, JAMES D / LYKENS, CHARLOTTE S | UNCLAIMED FUNDS | 2.97 | 0.00 | 2.97 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0742461 | 926 | 6 | 8 | BELL, RICKY LEE / BELL, ANNA MAE | UNCLAIMED FUNDS | 5.01 | 0.00 | 5.01 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0742495 | 926 | 6 | 17 | JOHNSON-THOMAS, STARRY | UNCLAIMED FUNDS | 5.02 | 0.00 | 5.02 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0742998 | 926 | 6 | 17 | BROTHAG, SR., JOSEPH | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0840217 | 926 | 6 | 20 | GERMANO, JOHN K. | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |

| #ITEMS | PRINCIPAL | INTEREST | PRINC + INT |
|---|---|---|---|
| 5 | 23.00 | 0.00 | 23.00 |

CURRENT CHECK